SAMUEL A. ETTELSON, for plaintiff in error; ROY S. GASKILL and GEORGE A. CURRAN, of counsel.

A. G. DICUS, for defendant in error.

MR. JUSTICE GOODWIN delivered the opinion of the court.

---

**Patrick Woods, Defendant in Error, v. City of Chicago, Plaintiff in Error.**

**Gen. No. 21,770.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. D. H. WAMSLEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed. Opinion filed March. 8, 1917.

### Statement of the Case.

Action by Patrick Woods, plaintiff, against City of Chicago, defendant, to recover the difference between the salary of one police officer and that of another in the police service of the defendant during the interim in which he was acting as a minor officer after demotion as a major officer. From a judgment for plaintiff for the difference in amount, defendant brings error.

This case is governed by the decision in *Harnett v. City of Chicago, ante,* p. 252, the facts being similar, and the judgment is reversed.

SAMUEL A. ETTELSON, for plaintiff in error; ROY S. GASKILL and GEORGE A. CURRAN, of counsel.

A. G. DICUS, for defendant in error.

MR. JUSTICE GOODWIN delivered the opinion of the court.